Jeffrey A. Kimmel
Howard Davis
MEISTER SEELIG & FEIN LLP
Two Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
(212) 655-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BENJAMIN SALZANO, individually and on :    Case Number: 13-CV-5600 (LGS)
behalf of all other persons similarly situated, :
:
:
Plaintiff, :
:
:
-against- :
: **NOTICE OF MOTION TO**
: **DISMISS THE COMPLAINT**
LACE ENTERTAINMENT INC. and GLEN : **OR, IN THE ALTERNATIVE,**
ORECCHIO, jointly and severally, : **STAY THE ACTION**
: **PENDING ARBITRATION**
Defendants. :
-------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint or, in the Alternative, Stay the Action Pending Arbitration, Declaration of Howard Davis and Declaration of Ellen Ettz, defendants, Lace Entertainment Inc. and Glen Orecchio, by and through their undersigned counsel will move, at a date, time and location to be determined by the Court, for an order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") and pursuant to §§ 2, 3 and 4 of the Federal Arbitration Act (the "FAA") (1) dismissing plaintiff Benjamin Salzano's causes of action set forth in his Complaint in its entirety with prejudice and to compel arbitration, or, in the alternative, (2) to stay this action pending the result of compulsory arbitration, pursuant to §§ 2, 3 and 4 of the FAA.

Dated: New York, New York
November 11, 2013

                                    MEISTER SEELIG & FEIN LLP

                                    /s/ Jeffrey A. Kimmel
                              By: Jeffrey A. Kimmel
                                  Howard Davis
                              Two Grand Central Tower
                              140 East 45th Street, 19th Floor
                              New York, New York 10017
                              Phone: 212-655-3500
                              Facsimile: 212-655-3535

                              *Attorneys for Defendants*